IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ELIZABETH NEGRON,                      :
                        Plaintiff,     :    No.
                                       :
                                       :
    v.                                 :
                                       :
                                       :
BOSCOV'S DEPARTMENT STORE, LLC,        :
ERIN BONAFINI, TARAS GLENN,            :
SHAWN STANKIEWICS AND                  :
GEORGE LEGEZDH,                        :    JURY TRIAL DEMANDED
                        Defendants.    :

## NOTICE OF REMOVAL

AND NOW, comes Defendants Boscov's Department Store, LLC, Erin Bonafini, Taras

Glenn, Shawn Stankiewics and George Legezdh by and through their undersigned counsel and

files this Notice of Removal from the Superior Court, Judicial District of New Britain at New

Britain, Connecticut for the following reasons:

1.      Plaintiff Elizabeth Negron is an adult individual who resides at 124 Gridley

Street, Bristol, Connecticut 06010.

2.      Defendant Boscov's Department Store, LLC is a Pennsylvania Limited Liability

Company with a principal place of business located at 4500 Perkiomen Avenue, Reading,

Pennsylvania.

3.      Defendant Erin Bonafini is an adult individual and a citizen of the State of

Connecticut with an address for service located a 480 Lewis Avenue, Meriden, Connecticut

06451.

4.      Defendant Taras Glenn is an adult individual and a citizen of the State of

Connecticut with an address for service located at 480 Lewis Avenue, Meriden, Connecticut

06451.

5.     Defendant Shawn Stankiewics is an adult individual and a citizen of the Commonwealth of Pennsylvania with an address for service located at 223 Crestmont Street, Reading, Pennsylvania 19611.

6.     Defendant George Legezdh is an adult individual and a citizen of the Commonwealth of Pennsylvania with an address for service located at 1173 Cedar Top Road, Reading, Pennsylvania 19607.

7.     Plaintiff commenced this action by the filing of a Summons and Complaint in the Superior Court, J.D. of New Britain at New Britain, Connecticut on or about July 22, 2019.

8.     Defendants were served with the Summons and Complaint on August 7, 2019.

9.     A copy of all process, pleadings and orders served upon Defendants are attached hereto and marked as Exhibit A.

10.    This matter arises out of Plaintiff's employment with Defendant Boscov's Department Store, LLC.

11.    In her Complaint, Plaintiff brings claims for sexual harassment, vicarious liability, wrongful termination, intentional infliction of emotional distress and negligent infliction of emotional distress.

12.    Plaintiff's Complaint did not address or state whether the claims for sexual harassment and wrongful termination were being brought under state law, federal law or a combination of both federal and state law.

13.    On or about September 24, 2019, Defendants filed a Request to Revise pursuant to Connecticut Practice Book § 10-35 *et seq.*

14.    In their Request to Revise, Defendants requested that Plaintiff revise the Complaint to address whether Counts I and III were brought under federal law, state law or both federal and state law.

15.    On or about October 7, 2019, Plaintiff filed her Objection to Request to Revise.

16.    In her Objection to Request to Revise at paragraph 2, Plaintiff stated that the claim for sexual harassment was being brought under both Title VII of the Civil Rights Act of 1964, and the Connecticut Fair Employment Practices Act.

17.    In paragraph 4 of Plaintiff's Objection to Request to Revise, Plaintiff stated that the wrongful termination claim was being brought under federal and state law.

18.    Plaintiff's Objection to Defendants' Request to Revise, which affirmatively stated that the claims for sexual harassment and wrongful termination were being brought under federal law and specifically Title VII of the Civil Rights Act of 1964 constitutes "an amended pleading, motion, order or 'other paper' from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446.

19.    The Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1331 with regard to Plaintiff's claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended.

20.    This Honorable Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 with regards to Plaintiff's claims brought under Connecticut state law.

21.    Venue lies in this district as the situs of the incident giving rise to Plaintiff's cause of action is located in the State of Connecticut.

22.    Defendants' Notice of Removal is timely filed as it was filed within thirty (30) days from the filing of the Objection to the Request to Revise which was the first time it could be ascertainable that the case is one or which is or has become removable.

3

WHEREFORE, Defendants Boscov's Department Store, LLC, Erin Bonafini, Taras Glenn, Shawn Stankiewics and George Legezdh respectfully removes this matter to the United States District Court for the District of Connecticut.

COLES, BALDWIN, KAISER & CREAGER, LLC

By:_____

John B. Kaiser, Esquire
Juris Number 412711
1 Eliot Place
Fairfield, CT  06824
Ph# 203-319-0800
Fax# 203-319-1210
jkaiser@cbklaw.net

Steven E. Hoffman, Esquire
HOFFMAN HLAVAC & EASTERLY
1605 North Cedar Crest Blvd., Suite 517
Allentown, PA  18104
Ph# 484-408-6001
Fax# 484-408-6018
shoffman@hhe-law.com
*Pro Hac Vice Admission Pending*

4

# EXHIBIT "A"

# SUMMONS - CIVIL

JD-CV-1 Rev 4-16
C.G.S §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Square, New Britain, 06051 | ( 860 )515-5180 | AUGUST 27, 2 19 Month Day Year |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Britain | Case type code (See list on page 2) Major: T    Minor: 90 |
|---|---|---|---|

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented. (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Creed Law Firm; 653 Terryville Ave, Bristol Ct. 06010 | 439716 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 583-4800 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) bcreed@kcreedlaw.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 6 | ☒ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: ELIZABETH NEGRON Address: 124 Gridley Street Bristol, CT 06010 | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: Boscov's Department Store, LLC Address: 480 Lewis Ave, Meriden, CT 06451 | D-01 |
| Additional Defendant | Name: Boscov's Department Store, LLC c/o Michele Taylor agent for service Corporation Services Company; Address: 50 Weston Street, Hartford Ct. 06120 | D-02 |
| Additional Defendant | Name: Bonafini, Erin Address: 480 Lewis Ave, Meriden, CT 06451 | D-03 |
| Additional Defendant | Name: Glenn, Taras Address: 480 Lewis Ave, Meriden, CT 06451 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Blair Creed | Date signed 07/22/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2   Rev. 9-12

STATE OF CONNECTICUT
**SUPERIOR COURT**

First named Plaintiff *(Last, First, Middle Initial)*
**ELIZABETH NEGRON**

First named Defendant *(Last, First, Middle Initial)*
**Boscov's**

## Additional Plaintiffs

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

## Additional Defendants

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| Stanklewicz, Shawn 223 Crestmont St. Reading, Pa. 19611-1939 | | 05 |
| Legezdh, George 1173 Cedar Top Rd Reading, Pa. 19607-9357 | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |

| | | FOR COURT USE ONLY - File Date |
|---|---|---|
| | 12 | |
| | 13 | A True Copy Attest: Willie J Davis Jr, State Marshal |
| | 14 | Docket number |

CIVIL SUMMONS-Continuation

RETURN DATE; AUGUST 27, 2019 : SUPERIOR COURT

ELIZABETH NEGRON : J.D. OF NEW BRITAIN

VS. : AT NEW BRITAIN

BOSCOV'S DEPARTMENT :

STORE, LLC, ET ALL : JULY 22, 2019

## COMPLAINT

### FIRST COUNT: (SEXUAL HARASSMENT)

1. At all times herein complained of, the plaintiff, Elizabeth Negron ("Ms. Negron"), is a resident of Bristol, Connecticut and was employed as a security officer for the Defendant Boscov's, LLC.

2. At all times herein complained of Mark Williams, (Williams), was a resident of Connecticut, and worked for the Boscov's as the head of security. As such he served as Ms. Negron's Supervisor.

3. At all times herein complained of Shawn Stankiewicz, (Stankiewicz), a resident of Reading Pennsylvania, was a Store Manager for Boscov's, who at the request and direction of Boscov's, travelled to Connecticut to help open its Milford, Ct. Store.

4. At all times herein complained of Erin Bonafini, (Bonafini), was a resident of Connecticut and served as the Human Resource Manager for the Boscov's Milford, Ct. Store.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

1

5.    At all times herein complained of, Taras Glenn, (Glenn) was the store receiving manager, at Boscov's Milford Store, and is a resident of Connecticut.

6.    At all times herein complained of, George Legaezdh, (Legaezdh) a full-time employee of Boscov's, is a resident of Pennsylvania, and is responsible for suppling material for store construction.

7.    At all times herein complained of, Defendant Boscov's Department Store, LLC, (Boscov's) is a brick and mortar department store with forty-nine (49) locations throughout the United States.

8.    The Boscov's Corporate Headquarters is listed as 4630 Periomen Ave., Reading, Pa., 19606.

9.    Boscov's is a legally registered company to conduct business within the State of Connecticut, with store locations at 480 Lewis Ave, Meriden, CT 06451 and 1201 Boston Post Road Milford, CT 06460.

10.    That in September of 2018 Defendant, Boscov's was preparing to open up its new store on the Boston Post Road, in Milford, Ct.

11.    That on or about September 4, 2019 Ms. Negron was hired as the Lead Loss Prevention Detective and assigned to the Milford Store.

12.    Wherein, Boscov's brought in personnel from other store locations on a temporary basis to help set the Milford Store up, including but not limited to Glenn, Stankiewicz, and Legezdh.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

2

13.    That on or about September 11, 2018 a pattern of explicate sexual harassment began against the plaintiff, Ms. Negron. This harassment consisted of lewd and vulgar comments specifically directed at the plaintiff as well as unwanted touching and physical contact.

14.    That on or about September 11, 2018 Ms. Negron was assigned to a security station protecting the rear loading dock of the Milford Store when she was approached by Stankiewicz who put his arm around her and said, "Listen, after work a bunch of us are going back to the hotel. After we have dinner, why not join me in the jacuzzi, you should bring your bathing suit." Ms. Negron pulled away from Stankiewicz, and replied "really, that is so unprofessional!" and Ms. Negron walked away.

15.    As Ms. Negron walked away from Stankiewicz, she could hear him talking with the construction foreman, Legaezdh, stating "I'm sure she's got a thong bathing suit, that's the only thing that would fit that fat ass." The men laughed and began to high five each other. Those men specifically yelled those comments loud enough for Ms. Negron to hear.

16.    That on or about September 12, 2018 Ms. Negron arranged to meet with the Boscov's Head of Human Resources Erin Bonafini to report the conduct of Stankiewicz and Legaezdh.

17.    Bonafini used only post-it notes to jot down the names of Stankiewicz and Legaezdh along with Ms. Negron's phone number and email address. Bonafini failed to

file a report of the matter. Bonafini stated she would contact Boscov's Corporate Human Resource Office and they would follow up with Ms. Negron.

18.    Thereafter neither Bonafini nor any representative Boscov's followed up with Ms. Negron or otherwise contacted her about her complaints.

19.    That on or about September 14, 2018 Legaezdh, asked Ms. Negron if she drank. Ms. Negron said that she did not and started suggesting local establishments for him to go and enjoy some food and drinks.

20.    Legaezdh stated that it was too bad because he needed someone to drink with.

21.    After Ms. Negron declined Legaezdh invitation she turned around to walk away. However, Legaezdh then yelled out to her that; "there is something else I like to eat."

22.    Ms. Negron turned around, Legaezdh smirked and made a "V" hand gesture over his mouth sticking his tongue through his fingers making a lewd, lascivious, sexually offensive liking motion simulating a sexual act between a man and a woman.

23.    Wherein Ms. Negron went straight to her manager Williams and reported the incident requesting that she be posted to another location on the opposite side of building away from Legaezdh.

24.    On or about October 19, 2018 Boscov's hosted a "Elvis Concert" as part of the store's grand opening. Ms. Negron was assigned to work the concert stationed at an area near the backdoor exit of the auditorium in a small foyer area.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

4

25.    During the Concert, while guarding her security station Ms. Negron heard a knock on the door, she opened the door and saw Glenn standing there with concert attendees, whom he brought through.

26.    Glenn leaned in and said, "I have something I have to tell you." Ms. Negron turned, and Glenn then attempted to kiss her on the mouth. Ms. Negron turned her head in an attempt to avoid the kiss, but Glenn kissed the side of her lip and cheek while simultaneously grabbing the center of her butt and pushed up, stating "you are so cute."

27.    Ms. Negron pushed Glenn away making it clear that such conduct was unwanted and repugnant.

28.    That on the same day, on or about October 19, 2018 Ms. Negron reported this incident to her supervisor Williams.

29.    The next day, on or about October 20, 2018 Ms. Negron reported this assault in writing to Bonaffini. Bonaffini never responded.

30.    As an employee of the defendant Ms. Negron was sexually harassed and embarrassed in a particularly demeaning and caustic manner.

31.    Due to the negligence and willful misconduct in ignoring the offending conduct and sexual assault of the Defendants supervisors, Boscov's has caused the plaintiff significant harm, including but not limited to the following: lost wages, emotional distress, sleepless nights; she was caused to undergo psychological treatment and counselling. Ms. Negron relationship with her live-in partner has been negatively impacted. Ms. Negron's relationship with her children and family have been negatively impacted. Ms. Negron

professional life has been negatively impacted, and Ms. Negron's social life has been negatively impacted, in that: Ms. Negron fears public spaces, fears confined spaces; she has suffered humiliation, anxiety, anger, sexual disfunction, and decreased ability to enjoy life.

## SECOND COUNT: (VICARIOUS LIABILITY OF BOSCOV'S)

1-31.    Plaintiff, Ms. Negron, hereby incorporates by reference paragraphs 1 through 31 of the First Count and alleges these paragraphs to the same force and effect as though fully set forth herein.

32.    That Boscov's knew or should have known of the sexual harassment and hostile working environment that Ms. Negron had endured.

33.    At all relevant times, Boscov's is and or was the employer of Williams, Stankiewicz, Glenn, Legaezdh, or Bonafini.

34.    That Williams, Glenn, Legaezdh, or Stankiewicz were supervisors.

35.    That Bonafini was the Human Recourse manager.

36.    That Williams, Stankiewicz, Legaezdh, or Bonafini were employees, servants, agents and representatives of the Defendant Boscov's. BOSCOV'S was placed on notice of the offending conduct and sexual assault yet failed to take any steps to correct the offending conduct or to protect the plaintiffs from future harm.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

6

**THIRD COUNT**: (WRONGFUL TERMINATION)

1-36.    Plaintiff, Ms. Negron, hereby incorporates by reference paragraphs 1 through 36 of the First Count and Second Count and alleges these paragraphs to the same force and effect as though fully set forth herein.

37.    That after the above-mentioned incidents Ms. Negron was continuously moved and relocated throughout the store.

38.    Ms. Negron was than assigned minimal Loss Prevention responsibilities, and not given the same opportunities as her colleagues.

39.    Ms. Negron was excluded from Loss Prevention training, such as learning the store camera system, reviewing the camera video and maintenance of store video, as well as how to develop criminal cases including how to approach and interview witness and alleged perpetrators.

40.    This harassment and or "freeze out," continued until on or about October 25, 2018. Wherein Ms. Negron was on a break and Boscov's Regional Loss Prevention Manager called and informed Williams that Ms. Negron must immediately return to the store or turn in her keys.

41.    That Ms. Negron's termination is the result of and in retaliation for lodging harassment complaints with Boscov's.

**FOURTH COUNT**: (INTENTION INFLICTION OF EMOTIONAL DISTRESS)

1-41.    Plaintiff, Ms. Negron, hereby incorporates by reference paragraphs 1 through 42 of the First Count, Second Count, and Third Count and alleges these paragraphs to the same force and effect as though fully set forth herein.

42.    That the Defendants Glenn, Legagaezdh, Stankiewicz, or Bonafini intended to inflict emotional distress, in that but not limited to: continued sexual or physical harassment; or, freeze out.

43.    That the Defendants Glenn, Legagaezdh, Stankiewicz, Williams, or Bonafini knew or should have known Ms. Negron would suffer severe emotional distress as a result of each one's conduct.

44.    That Ms. Negron suffered emotional distress as a result of Defendants Glenn, Legagaezdh, Stankiewicz, or Bonafini conduct.

45.    Ms. Negron has suffered and continues to suffer severe emotional distress as a result of the defendant and agents of the defendants' Glenn, Legagaezdh, Stankiewicz, Williams, or Bonafini conduct.

**FIFTH COUNT**: (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

1-45.    Plaintiff, Ms. Negron, hereby incorporates by reference paragraphs 1 through 45 of the First Count, Second Count, Third Count, and Fourth Count and alleges these paragraphs to the same force and effect as though fully set forth herein.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

8

46.     That Boscov's knew it is reasonable that its conduct and that of its agents, employees, or supervisors would cause emotional distress that might result in illness or bodily injury.

47.     Ms. Negron has suffered and continues to suffer extreme emotional distress as a result of Boscov's its agents, employees, or supervisors conduct.

48.     That Ms. Negron's severe emotional distress did result in illness and bodily harm.

**WHEREFORE**, the plaintiff claims the following relief:

1. Compensatory damages;

2. Economic Damages

3. Non-Economic Damages

2. Punitive damages;

3. Liquidated damages;

4. Attorney's fees and costs; and

5. Such other and further relief as the Court may deem just and proper.

PLAINTIFF, Elizabeth Negron

By _____

Blair Creed
Creed Law Firm, LLC
Her Attorneys

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

9

RETURN DATE; AUGUST 27, 2019    :    SUPERIOR COURT

ELIZABETH NEGRON    :    J.D. OF NEW BRITAIN

VS.    :    AT NEW BRITAIN

BOSCOV'S DEPARTMENT    :

STORE, LLC, ET ALL    :    JULY 22, 2019

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest and property in demand is more than fifteen thousand ($15,000.00) dollars, exclusive of interest and costs.

PLAINTIFF, ELIZABETH NEGRON

By

BLAIR CREED
Creed Law Firm, LLC

Her Attorneys

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

10

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
| --- |
| **Aug-27-2019** |
| Docket number |
| **HHB-CV-19-6054625-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**NEGRON, ELIZABETH  v. BOSCOV'S DEPARTMENT STORE, LLC. Et Al**

| ☒ | ☐ | ☐ | ☐ | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |
| Judicial District | Housing Session | Small Claims | Geographic Area number ___ | **20 FRANKLIN SQUARE NEW BRITAIN, CT 06051** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top),* or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
| --- | --- |
| **COLES BALDWIN KAISER & CREAGER LLC** | **412711** |

| Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
| --- | --- | --- |
| **1 ELIOT PLACE THIRD FLOOR EAST** | | **2033190800** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| **FAIRFIELD** | **CT** | **06824** | | **jkaiser@cbklaw.net** |

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

   ☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| ▶ **404634** | **JOHN BRADLEY KAISER** | **Aug 27 2019** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Aug 27 2019** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| **CREED LAW FIRM LLC - 653 TERRYVILLE AVENUE/BRISTOL, CT 06010** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
| --- | --- | --- | --- |
| ▶ **404634** | **JOHN BRADLEY KAISER** | **Aug 27 2019** | **2033190800** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for HHB-CV-19-6054625-S

Submitted By COLES BALDWIN KAISER & CREAGER LLC (412711)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 BOSCOV'S DEPARTMENT STORE, LLC.

Pty# D-02 ERIN BONAFINI

Pty# D-03 TOARAS GLENN

Pty# D-04 SHAWN STANKIEWICS

Pty# D-05 GEORGE LEGEZDH

***** End of Party List *****

Continuation of JDCL12 Appearance Form for HHB-CV-19-6054625-S

Submitted By COLES BALDWIN KAISER & CREAGER LLC (412711)

Certification of Service (Continued from JDCL12)


**Other Service Information:**

Please enter your secondary street address into this field

***** **End of Certification of Service** *****

State of Connecticut

City of: **Meriden**                                                                          **August 7, 2019**

County of New Haven


Then and there by virtue hereof and at the special direction of the Plaintiff's Attorney I made due an legal service upon the within named Defendant: **Boscov's Department Store, LLC** by leaving with and within the hands of **Sarah, Human Resource Employee, person in charge at time of service** at **480 Lewis Ave Meriden, Connecticut**, Writ, Summons- Civil, Civil Summons Continuation Of Parties, Complaint and Statement Of Amount In Demand, with my endorsement thereon

Afterward on the **same** day of **August, 2019**, in **Hartford**, I made due an legal service upon the within named Defendant: **Boscov's Department Store, LLC, c/o corporation Service company** by leaving with and within the hands **Michele Taylor, person in charge at time of service** at **50 Weston Street, Hartford, Connecticut** a true and attested copy, of the within, Writ, Summons- Civil, Civil Summons Continuation Of Parties, Complaint and Statement Of Amount In Demand, with my endorsement thereon.

Afterward on the **same** day of **August, 2019**, in **Waterbury**, I made service upon the within named Defendants: **Boscov's Department Store, LLC, Boscov's Department Store, LLC, Erin Bonafini, Glenn Taras, Shawn Stankiewicz and George Legezdh,** by depositing in the post office an envelope containing six true and attested copies of the within, Writ, Summons- Civil, Civil Summons Continuation Of Parties, Complaint, Statement Of Amount In Demand and True Original Letter, with my endorsement thereon to Steven E. Hoffman, Esq, who agreed to except service on behalf of defendants; addressed to said defendant as such:
**Steven E. Hoffman, Esq, 1605 North Cedar Crest Boulevard, Ste 517, Allentown, PA, 18104-2351., Certified Mail, Return Receipt Requested And Postage Prepaid**

**Certified Mail Tracker: 9414 7118 9956 1529 4464 70**



The within and foregoing is the Original, Writ, Summons- Civil, Civil Summons Continuation Of Parties, Complaint, Statement Of Amount In Demand and Copy of Letter, with my doings endorsed hereon.




Attest


Willie Davis
State Marshal


| Service: | $120.00 |
|----------|---------|
| Conform: | $97.00 |
| Travel: | $40.60 |
| Certified mail | $9.10 |
| Endorsement: | $1.20 |
| Total | $267.90 |

**U.S. Postal Service Certified Mail Receipt**

| OUTBOUND TRACKING NUMBER | FEES | |
|---|---|---|
| 9414 7118 9956 1529 4464 70 | Postage per piece | $2.800 |
| RETURN RECEIPT TRACKING NUMBER | Certified Fee | $3.500 |
| 9490 8118 9956 1529 4465 11 | Return Receipt Fee | $2.800 |
| | Total Postage & Fees: | $9.100 |

ARTICLE ADDRESS TO:

STEVEN E HOFFMAN, ESQ.
1605 NORTH CEDAR CREST BOULEVARD STE 517
ALLENTOWN PA 18104-2351

Postmark
Here

**APPLICATION FOR PERMISSION FOR ATTORNEY
TO APPEAR PRO HAC VICE IN A COURT CASE**
JD-CL-141 Rev. 5-17
P.B. 2-16

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
*1. Complete this form and attach a completed Affidavit of Attorney Seeking
Permission to Appear Pro Hac Vice (JD-CL-143).*
*2. File as Motion for Permission to Appear Pro Hac Vice PB 2-16 and pay Pro Hac Vice fee.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

| Judicial district | Address of court |
|---|---|
| **New Britian** | **20 Franklin Square, New Britain CT 06051** |

| Name of case | Docket number |
|---|---|
| **Negron v. Boscov's Department Store** | **HHB-CV-19-6054625-S** |

Pursuant to Section 2-16 of the Practice Book, the undersigned, a member in good standing of the Connecticut bar, moves this Court to permit Out-of-State Attorney Applicant   **Steven E. Hoffman**.

an attorney who is not a member of the bar of the State of Connecticut, to appear *pro hac vice* on behalf of (client name)
**Boscov's Department Store**                                                in a proceeding before a court of this state.

In support of this motion, the undersigned Connecticut Attorney represents the following:
The undersigned is a Connecticut attorney with a law office located at (include firm name, if applicable):  **Coles, Baldwin,
Kaiser & Creager LLC - One Eliot Place, Third Floor, Fairfield, CT 06824**

The Out-of-State Attorney Applicant has a law office located at (include firm name, if applicable):  **Hoffman Hlavac &
Easterly - 1605 North Cedar Crest Blvd., Suite 517, Allentown, PA 18104**

The Out-of-State Attorney Applicant is a member in good standing of the bar(s) of:  **Pennsylvania and New Jersey**

Good cause exists to permit the Out-of-State Attorney Applicant to represent the client named above in the proceeding before the court because:

**Out of state counsel regularly represents Boscov's in their labor and employment matters and is fully familiar with their policies and procedures.  Boscov's is requesting that their regular labor and employment counsel represent them in this matter.**

The undersigned represents that s/he will, unless excused by the judicial authority,
   a. Be present at all proceedings, including depositions.
   b. Sign all pleadings, briefs or other papers filed with the court.
   c. Assume full responsibility for any such filings and for the conduct of the cause or proceeding and of the attorney to whom such privilege is accorded.

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)   **09/05/2019**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Creed Law Firm LLC
653 Terryville Avenue
Bristol, CT 06010**

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed *(Signature of filer/Connecticut Attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | **John B. Kaiser** | |
| Mailing address (Number, street, town, state and zip code) | | Telephone number |
| **One Eliot Place, Third Floor, Fairfield, CT 06824** | | **(203)319-0800** |

**AFFIDAVIT OF ATTORNEY SEEKING
PERMISSION TO APPEAR PRO HAC VICE**
JD-CL-143   Rev. 6-17
P.B. 2-16

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ot.gov



**Instructions**
*Complete Affidavit and deliver to Connecticut attorney making application on your behalf.*

**Court Information:**

| Judicial district | Address of court |
|---|---|
| New Britain | 20 Franklin Square, New Britain CT 06051 |

**If Application is for a Court Case:**

| Name of case | Docket number |
|---|---|
| Negron v. Boscov's Department Store | HHB-CV-19-6054625-S |

**If Application is for a proceeding before a State or Municipal Agency, Commission, Board, or Tribunal:**

| Name of out-of-state attorney | |
|---|---|
| In Re Pro Hac Vice Application | |
| Name of agency, commission, board or tribunal | Case number |

**Affidavit:**

I, **Steven E. Hoffman** _____, being duly sworn, do depose and say:

I am over the age of 18 and believe in the duties and obligations of an oath.

I make this Affidavit in support of an Application to appear *pro hac vice* before (name of court, agency, commission, board, or tribunal) **Superior Court JD of New Britain at Britain** _____

for a proceeding regarding (client name) **Boscov's** _____

I have a law office located at (include firm name, if applicable): **Hoffman Hlavac & Easterly-**
**1605 N. Cedar Crest Blvd. Suite 517, Allentown, PA 18104**

I am a member in good standing of the bar(s) of: **Pennsylvania and New Jersey**

I certify that: ☒ There is no grievance pending against me in any jurisdiction, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred or otherwise disciplined, nor have I ever resigned from the practice of law in any jurisdiction.

☐ There is a grievance pending against me, or I have been disciplined as follows (explain):

_____

_____

_____

I have paid the Client Security Fund Fee due for June of **2019** _____, the calendar year in which the application is made.

I hereby designate the Chief Clerk for the Judicial District of **New Britain** _____ as my agent upon whom process and service of notice may be served.

I agree to register with the Statewide Grievance Committee in accordance with the provisions of Chapter 2 of the Connecticut Rules of Practice while appearing in the matter in this State and for two years after the completion of the matter in which I have appeared *pro hac vice* and will notify the Statewide Grievance Committee of the expiration of the two year period.

*(Page 1 of 2)*

I have appeared 0       times *pro hac vice* in the superior court or in any other proceedings in the State of Connecticut since I first appeared *pro hac vice* in this state; the case names and docket numbers of those proceedings are: I have appeared before the Commission on Human Rights and Opportunities in Negron v. Boscov's No. 1930538

I have previously been assigned Juris Number 440481            as a *pro hac vice* attorney in Connecticut.

I understand that, unless excused by the judicial authority, Connecticut Attorney **John B. Kaiser**       who submitted the Application on my behalf, must be present at all proceedings, including depositions in a proceeding, and must sign all pleadings, briefs and other papers filed with the court, agency, commission, board, or tribunal named above, and assume full responsibility for them and for the conduct of the cause or proceeding and of this Affiant.

Good Cause exists to permit me to represent the client named in this Affidavit in the proceeding before the above named court, agency, commission, board, or tribunal.
(Describe the facts or circumstances affecting the personal or financial welfare of the client that establish "good cause"):

My firm and I represent Boscov's with regard to their labor and employment matters. We have represented Boscov's in a number of employment suits. We are fully familiar with Boscov's policies and procedures. Boscov's requests that I represent them in this matter. Many of the witnesses are located in Pennsylvania which will require my ability to coordinate with them at their Pennsylvania locations.

| Signed (Out-of-State Attorney/Affiant) | Print name<br>**Steven E. Hoffman** | Date signed<br>9-4-19 |
|---|---|---|
| Subscribed and sworn to before me: | Signed (Commissioner of Superior Court/Notary Public) | Date signed<br>9/4/19 |

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Melissa S. Frank, Notary Public
South Whitehall Twp., Lehigh County
My Commission Expires March 27, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

(Page 2 of 2)

ORDER   423182

DOCKET NO: HHBCV196054625S

NEGRON, ELIZABETH
  V.
BOSCOV'S DEPARTMENT STORE, LLC. Et
Al

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW BRITAIN
  AT NEW BRITAIN

9/23/2019

## ORDER

ORDER REGARDING:
09/05/2019 101.00 MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

The Motion to Appear Pro Hac Vice is granted as follows:

1. The attorney appearing pro hac vice is to notify the Commissioner of Revenue Services of this appointment.

2. The attorney appearing pro hac vice is to pay all applicable attorney occupational taxes.

3. The attorney appearing pro hac vice is to register annually with the statewide grievance committee while appearing in this matter and for two years after the completion of this matter, and to notify the statewide grievance committee of the expiration of the two year period pursuant to PB Sec. 2-16

4. The attorney appearing pro hac vice has paid the appropriate amount due into the client security fund, and is ordered to pay the client security fund fee when due for each year the attorney appears in this matter pursuant to PB Sec. 2-16.

So Ordered.

Judicial Notice (JDNO) was sent regarding this order.

423182

Judge: MARCIA J GLEESON
Processed by: J. Errico

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

DOCKET NO.: HHB-CV19-6054625-S       :       SUPERIOR COURT

      :

ELIZABETH NEGRON,       :       J.D. OF NEW BRITAIN

      :

v.       :       AT NEW BRITAIN

      :

BOSCOV'S DEPARTMENT STORE, LLC, et al.,    :       September 24, 2019

## REQUEST TO REVISE

Pursuant to Connecticut Practice Book §§ 10–35, et seq., Defendants, Boscov's Department Store, LLC ("Boscov's"), Erin Bonafini, Taras Glenn, Shawn Stankiewicz, and George Legezdh, hereby request that Plaintiff, Elizabeth Negron, revise her Complaint dated July 22, 2019 as follows:

1. **Pleading Sought to Be Revised:**

Paragraph 31 of Count One: "Due to the negligence and willful misconduct in ignoring the offending conduct and sexual assault of the Defendants [sic] supervisors, Boscov's has caused the plaintiff significant harm, including but not limited to the following: lost wages, emotional distress, sleepless nights; she was caused to undergo psychological treatment and counseling."

**Requested Revisions:**

Revise Paragraph 31 of Count One to remove any reference to "sexual assault."

**Reasons for Requested Revisions:**

A request to revise is appropriate to obtain "the deletion of any unnecessary, repetitious, scandalous, impertinent, immaterial or otherwise improper allegations . . . ." Practice Book § 10–35(3). Defendants request this revision to remove the vague, unclear, scandalous, and improper allegation that one or more unnamed supervisory employees of Boscov's committed a crime of a sexual nature against Plaintiff.

2. **Pleading Sought to Be Revised:**

Count One

**Requested Revisions:**

Revise Count One to specify whether the sexual harassment claim(s) raised in Count One are brought under federal law (i.e., Title VII of the Civil Rights Act of 1964), state law (i.e., the Connecticut Fair Employment Practices Act), or both.

**Reasons for Requested Revisions:**

A request to revise is appropriate whenever a party seeks "a more complete or particular statement of the allegations of an adverse party's pleading . . . ." Practice Book § 10–35(1). A request to revise is also appropriate whenever a party desires to obtain "any other appropriate correction in an adverse party's pleading . . . ." Practice Book § 10–35(4). Whenever a pleading "does not fully disclose the ground of claim . . . the judicial authority may order a fuller and more particular statement." Practice Book § 10–1. Defendants request this revision because, as currently pleaded, Count One does not apprise Defendants of whether Plaintiff is bringing a sexual harassment claim under federal law, state law, or both.

3. **Pleading Sought to Be Revised:**

Paragraph 37 of Count One: "That after the above-mentioned incidents Ms. Negron was continuously moved and relocated throughout the store."

**Requested Revisions:**

Revise Paragraph 37 of Count One to state with specificity the transfers allegedly made by Boscov's, including the dates of such alleged transfers.

**Reasons for Requested Revisions:**

2

A request to revise is appropriate whenever a party seeks "a more complete or particular statement of the allegations of an adverse party's pleading . . . ." Practice Book § 10–35(1). A pleading must contain a "statement of the material facts on which the pleader relies" to establish her cause of action. Practice Book § 10–1. Whenever a pleading "does not fully disclose the ground of claim . . . the judicial authority may order a fuller and more particular statement." Practice Book § 10–1. Defendants request this revision for a more complete or particular statement of the allegations in the Complaint. As currently pleaded, this paragraph is vague, unclear, and fails to apprise Defendants on the facts upon which Plaintiff bases her claims.

4. **Pleading Sought to Be Revised:**

Count Three

**Requested Revisions:**

Revise Count Three to specify whether the wrongful termination claim(s) raised in Count One are brought under federal law, state statutory law, state common law, any combination thereof, or all of the above.

**Reasons for Requested Revisions:**

A request to revise is appropriate whenever a party seeks "a more complete or particular statement of the allegations of an adverse party's pleading . . . ." Practice Book § 10–35(1). A request to revise is also appropriate whenever a party desires to obtain "any other appropriate correction in an adverse party's pleading . . . ." Practice Book § 10–35(4). Whenever a pleading "does not fully disclose the ground of claim . . . the judicial authority may order a fuller and more particular statement." Practice Book § 10–1. Defendants request this revision because, as currently pleaded, Count Three does not apprise Defendants of whether Plaintiff is bringing a

3

wrongful termination claim under federal law, state statutory law, state common law, any combination thereof, or all of the above.

DEFENDANTS,
BOSCOV'S DEPARTMENT STORE, LLC,
ERIN BONAFINI, TARAS GLENN,
SHAWN STANKIEWICZ, AND GEORGE LEGEZDH

By:  /s/ John B. Kaiser
      John B. Kaiser
      Coles, Baldwin & Kaiser, LLC
      1 Eliot Place
      Fairfield, CT 06824
      Tel. No. (203) 319-0800
      Fax No. (203) 319-1210
      E-Mail: Jkaiser@cbklaw.net
      Juris No. 412711

      Steven E. Hoffman, Esquire*
      Hoffman Hlavac & Easterly
      1605 N. Cedar Crest Blvd., Suite 517
      Allentown, PA 18104
      Tel. No. (484) 408-6009
      Fax No. (484) 408-6018
      E-Mail: shoffman@hhe-law.com

      * Pro Hac Vice Admission Pending

4

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on September 23, 2019 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served, as follows:

Blair Creed, Esquire
The Creed Law Fir
653 Terryville Avenue, Route 6
Bristol, CT 06010
kcreed@kcrreedlaw.com

By:  /s/ John B. Kaiser
       John B. Kaiser

5

DOCKET NO.: HHB-CV-19-6054625-S    :    SUPERIOR COURT

ELIZABETH NEGRON    :    J.D. OF NEW BRITAIN

VS.    :    AT NEW BRITAIN

BOSCOV'S DEPARTMENT    :

STORE, LLC, ET ALL    :    SEPTEMBER 30, 2019

## PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST TO REVISE

Pursuant to Practice Book § 10-37(b), Plaintiff, Elizabeth Negron, hereby objects to Defendant's, Boscov's Department Store, LLC (Boscov's), Erin Bonafini, Taras Glen, Shaw Stankiewics, and George Legezdh, request to revise her complete date July 22, 2019.

1. **Portion Defendant Sought To Be Revised**

Paragraph 31 of Count One: "Due to the negligence and willful misconduct in ignoring the offending conduct and sexual assault of the Defendant's supervisors, Bosco's has caused the plaintiff significant harm, including but not limited to the following: lost wages, emotional distress, sleepless nights; she was caused to undergo psychological treatment and counseling."

**Requested Revisions:**

Revise paragraph 31 of Count One to remove any reference to "sexual assault."

**Reason And Objection:**

Under Connecticut Practice Book § 10-1: Fact Pleading; [e]ach pleading shall contain a plain and concise statement of the material facts on which the pleader relies, but not the evidence by which they are to be proven..." Further, under C.G.S. § 52-

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

1

91: Pleadings; contents of complaint, "[t]he first pleading on the part of the plaintiff shall be known as the complaint and shall contain a statement of the facts constituting the cause of action..."

Paragraph 31, in relevant part, provides that plaintiff was "sexually assaulted" while at work by Defendant employees, which caused Plaintiff harm. The term "sexual assault" is central to the allegation of sexual harassment.

Fact pleading requires that the plaintiff plead facts in support of each of the elements of the claim. Fact pleading requires the plaintiff to plead facts that tend to make each element of her claim plausible. This is a civil claim, whether as alleged the term "sexual assault," also meets the burden for criminal inquiry is not the subject of this litigation.

2. **Portion Defendant Sought To Be Revised**

Count One

**Requested Revisions:**

To specify whether the sexual harassment claim's raised in Count One are brought under federal law, Title VII of the Civil Rights Act of 1964, or state law, the Connecticut Fair Employment Practices Act, or Both.

**Answer To Requested Revision:**

The Plaintiff's Complaint will sound in both. Plaintiff will revise the Complaint accordingly.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

2

## 3.  Portion Defendant Sought To Be Revised

Paragraph 37 of Count One: "That after the above-mention incidents Me. Negron was continuously moved and relocated throughout the store."

## Requested Revisions:

Revise paragraph 37 of Count One to state with specificity the transfer allegedly made by Boscov's including the dates of such alleged transfers.

## Reason And Objection:

Paragraph 37 of Count Three: Wrongful Termination; it is alleged [t]hat after the above-mentioned incidents Ms. Negron was continuously moved and relocated throughout the store.

Defendant's request to revise is asking Plaintiff to engage in discovery prematurely. Fact pleading requires that the plaintiff plead facts in support of each of the elements of the claim. Fact pleading requires the plaintiff to plead facts that tend to make each element of her claim plausible. This paragraph alleges that, Miss. Negron was retaliated against. One way that relation was executed was to move and transfer her through-out the store. The specific dates and time will be identified to counsel through discovery process.

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

3

4. **Portion Defendant Sought To Be Revised**

Count Three

**Requested Revisions:**

To specify whether the wrongful termination claim raised in Count Three are brought under federal law, or state common law, statutory law or some combination thereof, or all of the above.

**Answer To Requested Revision:**

The Plaintiff's Complaint will sound in all of the above. Plaintiff will revise the Complaint accordingly.

By: <u>Blair Creed</u>
The Creed Law Firm
653 Terryville Ave.
Bristol, CT. 06010
Ph: (860) 583-4800
F: (860) 582-0012
E-mail: bcreed@kcreedlaw.com
Juris No.: 439716

## Certification

I certify that a copy of the above was or will be mailed or delivered electronically or

non-electronically on September 30th, 2019 to all counsel and self-represented

pursuant to Connecticut Practice Book § 10-14, as follows:

John Kaiser, Esq.                          Steven E. Hoffman, Esq
Coles, Baldwin & Kaiser, LLC.              Hoffman, Hlavac & Easterly
1 Eliot Place                              1605 N. Cedar Crest Blvd., Suit 517
Fairfield, CT. 06824                       Allentown, PA 18104
Ph: (203) 319-0800                         Ph: (484) 408-6009
F: (203) 319-1210                          F: (484) 408-6018
E-mail: Jkaiser@cbklaw.net                 E-mail: shoffman@hhe-law.com


By: ___ /s/ Blair Creed____
        Blair Creed

5



# State of Connecticut Judicial Branch
# Superior Court E-Filing



Attorney/Firm: CREED LAW FIRM LLC (433101)                    E-Mail: kcreed@kcreedlaw.com    Logout

**Hide Instructions**                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

## Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHB-CV-19-6054625-S |
| **Case Name:** | NEGRON, ELIZABETH v. BOSCOV'S DEPARTMENT STORE, LLC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Oct-7-2019 |
| **Motion/Pleading by:** | CREED LAW FIRM LLC (433101) |
| **Document Filed:** | 103.00 OBJECTION TO REQUEST TO REVISE |
| | Plaintiffs Objection to Defendants Request to Revise |
| **Date and Time of Transaction:** | Monday, October 7, 2019 4:46:01 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2019, State of Connecticut Judicial Branch

ORDER    408307

DOCKET NO: HHBCV196054625S

NEGRON, ELIZABETH
   V.
BOSCOV'S DEPARTMENT STORE, LLC. Et Al

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW BRITAIN
   AT NEW BRITAIN

10/21/2019

## ORDER

ORDER REGARDING:
10/07/2019 103.00 OBJECTION TO REQUEST TO REVISE

The foregoing, having been considered by the Court, is hereby:

ORDER: SUSTAINED

The objections are sustained.

Short Calendar Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

408307

_____

Judge: PETER E WIESE
Processed by: J. Errico

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

DOCKET NO.: HHB-CV-19-6054625-S     :        SUPERIOR COURT

ELIZABETH NEGRON                    :        J.D. OF NEW BRITAIN

VS.                                 :        AT NEW BRITAIN

BOSCOV'S DEPARTMENT                 :

STORE, LLC, ET ALL                  :        OCTOBER 4, 2019

## MOTION FOR EXTENSION OF TIME TO PLEAD

The Plaintiff, ELIZABETH NEGRON, through counsel, hereby respectfully moves this court for a thirty (30) day extension of time from the date of the filing of this motion, up to and including November 5, 2019, to answer or otherwise plead in response to Defendant's Request to Revise dated September 24, 2019. In support hereof, the Plaintiff's states the following:

1. This is the first request for additional time to response; and

2. This case has not been assigned for trial and no prejudice will response from allowing the additional time to plead.

1

The Creed Law Firm
653 Terryville Avenue
Bristol, CT 06010
Phone 860-583-4800
Juris No. 433101

WHEREFORE, the plaintiff, ELIZABETH NEGRON, respectfully requests a thirty (30) day extension of time to plead.

PLAINTIFF, ELIZABETH NEGRON

By___/s/_____
    Blair Creed
    Creed Law Firm, LLC
    His Attorney

2

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

## ORDER

The foregoing Motion having been heard by this Court, it is hereby ORDERED:

GRANTED/DENIED

THE COURT

By:_____
    Judge/Assistant Clerk

3

The Creed Law Firm
653 Terryville Avenue
Bristol, CT  06010
Phone 860-583-4800
Juris No. 433101

## CERTIFICATION

This certifies that a copy of the foregoing was mailed, postage prepaid, on this

4th day of October, 2019 to:

John B. Kaiser, LLC
Coles, Baldwin & Kaiser, LLC.
1 Eliot Place
Fairfield, CT. 06824
Ph: (203) 319-0800
F: (203) 319-1210
E-Mail: jkaiser@cbklaw.net

Steven E. Hoffman Hlavac & Easterly
1605 N. Cedar Crest Blvd., Suit 517
Allentown, PA. 18104
Ph: (484) 408-6009
F: (484) 408-6018
E-Mail: shoffman@hhe-law.com
* Pro Hac Vice Admission Pending

_____/s/_____
Blair Creed

4

ORDER   408307

DOCKET NO: HHBCV196054625S

NEGRON, ELIZABETH
   V.
BOSCOV'S DEPARTMENT STORE, LLC. Et
Al

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW BRITAIN
   AT NEW BRITAIN

10/21/2019

### ORDER

ORDER REGARDING:
10/07/2019 104.00 MOTION FOR EXTENSION OF TIME

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Short Calendar Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

408307

Judge: PETER E WIESE
Processed by: J. Errico

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

HHBCV196054625S   10/21/2019

Page 1 of 1